

129 Brown St
Johnson City, NY 13790

Direct Deposit Advice

**Check Date** April 11, 2025

**Voucher Number** 39339

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,100.40 |
| **Total Direct Deposits** | | | **1,100.40** |

106816    CIVILS-E-T-PH-P-004067    15854  39339    **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## TSC Construction LLC

**Christopher J Willis**                                                                                      **Earnings Statement**

| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date | **April 11, 2025** | Voucher Number | **39339** |
|---|---|---|---|---|---|---|---|
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning | **March 29, 2025** | Net Pay | **1,100.40** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending | **April 4, 2025** | Total Hours Worked | **0.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 24,519.30 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **24,519.30** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 111.35 | 1,672.21 |
| MED | 22.41 | 336.19 |
| PA | 47.46 | 711.90 |
| PA-PHI1 | 61.30 | 919.50 |
| PASUI-E | 1.14 | 17.14 |
| SS | 95.84 | 1,437.60 |
| **Taxes** | **339.50** | **5,094.54** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 401k | 130.77 | 1,945.20 |
| Dental Ins | 2.91 | 43.65 |
| Fuel | -374.71 | -2,106.13 |
| Medical Ins | 85.39 | 1,280.85 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 17.55 |
| Vision | 0.48 | 7.20 |
| **Deductions** | **-153.99** | **1,088.32** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,100.40 |
| **Total Direct Deposits** | | | **1,100.40** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| 401k Match | 65.39 | 980.85 |
| ER Cost of | | 75.54 |
| ER Cost of | | 3,325.64 |
| ER Cost of | | 12.36 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC Construction LLC**
129 Brown St
Johnson City, NY 13790

Direct Deposit Advice

**Check Date**  April 18, 2025
**Voucher Number**  39545

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

106816   CIVILS-E-T-PH-P-004067   15854   39545   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**                                                                          **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date **April 18, 2025** | Voucher Number **39545** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning **April 5, 2025** | Net Pay **1,074.40** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending **April 11, 2025** | Total Hours Worked **0.00** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 26,153.92 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **26,153.92** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 1,783.56 |
| MED | 22.41 | 358.60 |
| PA | 47.46 | 759.36 |
| PA-PHI1 | 61.30 | 980.80 |
| PASUI-E | 1.14 | 18.28 |
| SS | 95.84 | 1,533.44 |
| **Taxes** | **339.50** | **5,434.04** |

| **Deductions** | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,075.97 |
| Dental Ins | 2.91 | 46.56 |
| Fuel | | -2,106.13 |
| Medical Ins | 85.39 | 1,366.24 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 18.72 |
| Vision | 0.48 | 7.68 |
| **Deductions** | **220.72** | **1,309.04** |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

| **Time Off** | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| **Benefits** | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,046.24 |
| ER Cost of | | 75.54 |
| ER Cost of | | 3,325.64 |
| ER Cost of | | 12.36 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC Wireless Telecom Construction**
129 Brown St
Johnson City, NY 13790

Direct Deposit Voucher

Direct Deposit Advice

**Check Date**  April 25, 2025

**Voucher Number**  39742

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

106816   CIVILS-E-T-PH-P-004067   15854   39742   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## TSC Construction LLC

**Christopher J Willis**   **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date | **April 25, 2025** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning | **April 12, 2025** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending | **April 18, 2025** |

| | |
|---|---|
| Voucher Number | **39742** |
| Net Pay | **1,074.40** |
| Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 27,788.54 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **27,788.54** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 1,894.91 |
| MED | 22.41 | 381.01 |
| PA | 47.46 | 806.82 |
| PA-PHI1 | 61.30 | 1,042.10 |
| PASUI-E | 1.14 | 19.42 |
| SS | 95.84 | 1,629.28 |
| **Taxes** | **339.50** | **5,773.54** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,206.74 |
| Dental Ins | 2.91 | 49.47 |
| Fuel | -214.56 | -2,320.69 |
| Medical Ins | 85.39 | 1,451.63 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 19.89 |
| Vision | 0.48 | 8.16 |
| **Deductions** | **6.16** | **1,315.20** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,111.63 |
| ER Cost of | | 75.54 |
| ER Cost of | | 3,325.64 |
| ER Cost of | | 12.36 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**paylocity**

129 Brown St
Johnson City, NY 13790

Direct Deposit Advice

**Check Date**
May 2, 2025

**Voucher Number**
39931

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,159.62 |
| **Total Direct Deposits** | | | **1,159.62** |

106816   CIVILS-E-T-PH-P-004067   15854  39931   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date **May 2, 2025**  Voucher Number **39931** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning **April 19, 2025**  Net Pay **1,159.62** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending **April 25, 2025**  Total Hours Worked **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 29,423.16 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **29,423.16** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 2,006.26 |
| MED | 22.45 | 403.46 |
| PA | 47.46 | 854.28 |
| PA-PHI1 | 61.30 | 1,103.40 |
| PASUI-E | 1.14 | 20.56 |
| SS | 95.88 | 1,725.16 |
| **Taxes** | **339.58** | **6,113.12** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,337.51 |
| Dental Ins | 2.91 | 52.38 |
| Fuel | -83.67 | -2,404.36 |
| Materials | -85.30 | -85.30 |
| Medical Ins | 85.39 | 1,537.02 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 21.06 |
| Vision | 0.48 | 8.64 |
| **Deductions** | **51.75** | **1,366.95** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,159.62 |
| **Total Direct Deposits** | | | **1,159.62** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,177.02 |
| ER Cost of | 25.18 | 100.72 |
| ER Cost of | 831.41 | 4,157.05 |
| ER Cost of | 4.12 | 16.48 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC WIRELESS TELECOM CONSTRUCTION**

129 Brown St
Johnson City, NY 13790

Direct Deposit Voucher

**Direct Deposit Advice**

**Check Date**  May 2, 2025

**Voucher Number**  39931

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,159.62 |
| **Total Direct Deposits** | | | **1,159.62** |

106816   CIVILS-E-T-PH-P-004067   15854  39931   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | |
| Salary | **$1,634.62** | State Filing Status | **S-0** | |

| Check Date | **May 2, 2025** | Voucher Number | **39931** |
|---|---|---|---|
| Period Beginning | **April 19, 2025** | Net Pay | **1,159.62** |
| Period Ending | **April 25, 2025** | Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 29,423.16 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **29,423.16** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 2,006.26 |
| MED | 22.45 | 403.46 |
| PA | 47.46 | 854.28 |
| PA-PHI1 | 61.30 | 1,103.40 |
| PASUI-E | 1.14 | 20.56 |
| SS | 95.88 | 1,725.16 |
| **Taxes** | **339.58** | **6,113.12** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,337.51 |
| Dental Ins | 2.91 | 52.38 |
| Fuel | -83.67 | -2,404.36 |
| Materials | -85.30 | -85.30 |
| Medical Ins | 85.39 | 1,537.02 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 21.06 |
| Vision | 0.48 | 8.64 |
| **Deductions** | **51.75** | **1,366.95** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,159.62 |
| **Total Direct Deposits** | | | **1,159.62** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,177.02 |
| ER Cost of | 25.18 | 100.72 |
| ER Cost of | 831.41 | 4,157.05 |
| ER Cost of | 4.12 | 16.48 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



129 Brown St
Johnson City, NY 13790

Direct Deposit Voucher

**Direct Deposit Advice**

**Check Date** May 9, 2025

**Voucher Number** 40133

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.36 |
| **Total Direct Deposits** | | | **1,074.36** |

106816  CIVILS-E-T-PH-P-004067  15854  40133  **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**  **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date **May 9, 2025** | Voucher Number **40133** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning **April 26, 2025** | Net Pay **1,074.36** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending **May 2, 2025** | Total Hours Worked **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 31,057.78 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **31,057.78** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 2,117.61 |
| MED | 22.41 | 425.87 |
| PA | 47.46 | 901.74 |
| PA-PHI1 | 61.30 | 1,164.70 |
| PASUI-E | 1.18 | 21.74 |
| SS | 95.84 | 1,821.00 |
| **Taxes** | **339.54** | **6,452.66** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,468.28 |
| Dental Ins | 2.91 | 55.29 |
| Fuel | | -2,404.36 |
| Materials | | -85.30 |
| Medical Ins | 85.39 | 1,622.41 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 22.23 |
| Vision | 0.48 | 9.12 |
| **Deductions** | **220.72** | **1,587.67** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.36 |
| **Total Direct Deposits** | | | **1,074.36** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,242.41 |
| ER Cost of | | 100.72 |
| ER Cost of | | 4,157.05 |
| ER Cost of | | 16.48 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC WIRELESS TELECOM CONSTRUCTION**
129 Brown St
Johnson City, NY 13790

Direct Deposit Voucher

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | May 16, 2025 | 40321 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

106816  CIVILS-E-T-PH-P-004067  15854  40321  **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## TSC Construction LLC

**Christopher J Willis**                              **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date | **May 16, 2025** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning | **May 3, 2025** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending | **May 9, 2025** |

| | |
|---|---|
| Voucher Number | **40321** |
| Net Pay | **1,074.40** |
| Total Hours Worked | **0.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 32,692.40 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **32,692.40** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 111.35 | 2,228.96 |
| MED | 22.41 | 448.28 |
| PA | 47.46 | 949.20 |
| PA-PHI1 | 61.30 | 1,226.00 |
| PASUI-E | 1.14 | 22.88 |
| SS | 95.84 | 1,916.84 |
| **Taxes** | **339.50** | **6,792.16** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 401k | 130.77 | 2,599.05 |
| Dental Ins | 2.91 | 58.20 |
| Fuel | -174.57 | -2,578.93 |
| Materials | | -85.30 |
| Medical Ins | 85.39 | 1,707.80 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 23.40 |
| Vision | 0.48 | 9.60 |
| **Deductions** | **46.15** | **1,633.82** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| 401k Match | 65.39 | 1,307.80 |
| ER Cost of | | 100.72 |
| ER Cost of | | 4,157.05 |
| ER Cost of | | 16.48 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC WIRELESS TELECOM CONSTRUCTION**

129 Brown St
Johnson City, NY 13790

**Direct Deposit Advice**

**Check Date**  May 30, 2025
**Voucher Number**  40702

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

106816   CIVILS-E-T-PH-P-004067   15854   40702   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**                                                                            **Earnings Statement**

| Employee ID |  | Fed Taxable Income | 1,415.07 | Check Date | May 30, 2025 | Voucher Number | 40702 |
| Location | CIVILS-E-T-PH | Fed Filing Status | H | Period Beginning | May 17, 2025 | Net Pay | 1,074.40 |
| Salary | $1,634.62 | State Filing Status | S-0 | Period Ending | May 23, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 35,961.64 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **35,961.64** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 2,451.66 |
| MED | 22.41 | 493.10 |
| PA | 47.46 | 1,044.12 |
| PA-PHI1 | 61.30 | 1,348.60 |
| PASUI-E | 1.14 | 25.16 |
| SS | 95.84 | 2,108.52 |
| **Taxes** | **339.50** | **7,471.16** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,860.59 |
| Dental Ins | 2.91 | 64.02 |
| Fuel | -62.64 | -2,833.41 |
| Materials | | -310.21 |
| Medical Ins | 85.39 | 1,878.58 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 25.74 |
| Tolls/Parking | | -30.00 |
| Vision | 0.48 | 10.56 |
| **Deductions** | **158.08** | **1,565.87** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,438.58 |
| ER Cost of | | 100.72 |
| ER Cost of | | 4,157.05 |
| ER Cost of | | 16.48 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC Construction LLC** — Wireless Telecom Construction
129 Brown St
Johnson City, NY 13790

paylocity

**Direct Deposit Advice**

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | June 6, 2025 | 40896 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

106816   CIVILS-E-T-PH-P-004067   15854   40896   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## TSC Construction LLC

**Christopher J Willis**                                                              **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date **June 6, 2025** | Voucher Number **40896** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning **May 24, 2025** | Net Pay **1,074.40** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending **May 30, 2025** | Total Hours Worked **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 37,596.26 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **37,596.26** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 2,563.01 |
| MED | 22.41 | 515.51 |
| PA | 47.46 | 1,091.58 |
| PA-PHI1 | 61.30 | 1,409.90 |
| PASUI-E | 1.14 | 26.30 |
| SS | 95.84 | 2,204.36 |
| **Taxes** | **339.50** | **7,810.66** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 2,991.36 |
| Dental Ins | 2.91 | 66.93 |
| Fuel | | -2,833.41 |
| Materials | | -310.21 |
| Medical Ins | 85.39 | 1,963.97 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 26.91 |
| Tolls/Parking | | -30.00 |
| Vision | 0.48 | 11.04 |
| **Deductions** | **220.72** | **1,786.59** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,503.97 |
| ER Cost of | 25.18 | 125.90 |
| ER Cost of | 831.41 | 4,988.46 |
| ER Cost of | 4.12 | 20.60 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**TSC WIRELESS TELECOM CONSTRUCTION**

129 Brown St
Johnson City, NY 13790

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | June 13, 2025 | 41084 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

106816   CIVILS-E-T-PH-P-004067   15854   41084   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**                                                                                                                    **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date **June 13, 2025**    Voucher Number **41084** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning **May 31, 2025**    Net Pay **1,074.40** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending **June 6, 2025**    Total Hours Worked **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 39,230.88 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **39,230.88** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 111.35 | 2,674.36 |
| MED | 22.41 | 537.92 |
| PA | 47.46 | 1,139.04 |
| PA-PHI1 | 61.30 | 1,471.20 |
| PASUI-E | 1.14 | 27.44 |
| SS | 95.84 | 2,300.20 |
| **Taxes** | **339.50** | **8,150.16** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 130.77 | 3,122.13 |
| Dental Ins | 2.91 | 69.84 |
| Fuel | | -2,833.41 |
| Materials | | -310.21 |
| Medical Ins | 85.39 | 2,049.36 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 28.08 |
| Tolls/Parking | | -30.00 |
| Vision | 0.48 | 11.52 |
| **Deductions** | **220.72** | **2,007.31** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,074.40 |
| **Total Direct Deposits** | | | **1,074.40** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401k Match | 65.39 | 1,569.36 |
| ER Cost of | | 125.90 |
| ER Cost of | | 4,988.46 |
| ER Cost of | | 20.60 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163



**129 Brown St**
**Johnson City, NY 13790**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | June 20, 2025 | 41269 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PHILA POLICE & | C | ***9651 | 1,100.40 |
| **Total Direct Deposits** | | | **1,100.40** |

106816   CIVILS-E-T-PH-P-004067   15854   41269   **106816**

**Christopher J Willis**
2065 E. Allegheny Ave
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### TSC Construction LLC

**Christopher J Willis**                                                                                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | **1,415.07** | Check Date | **June 20, 2025** |
| Location | **CIVILS-E-T-PH** | Fed Filing Status | **H** | Period Beginning | **June 7, 2025** |
| Salary | **$1,634.62** | State Filing Status | **S-0** | Period Ending | **June 13, 2025** |

| | | | |
|---|---|---|---|
| Voucher Number | **41269** | | |
| Net Pay | **1,100.40** | | |
| Total Hours Worked | **0.00** | | |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| PTO Memo | | | | 1,634.62 |
| Regular | 40.8655 | 0.00 | 1,634.62 | 40,865.50 |
| **Gross Earnings** | | **0.00** | **1,634.62** | **40,865.50** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| FITW | | 111.35 | 2,785.71 |
| MED | | 22.41 | 560.33 |
| PA | | 47.46 | 1,186.50 |
| PA-PHI1 | | 61.30 | 1,532.50 |
| PASUI-E | | 1.14 | 28.58 |
| SS | | 95.84 | 2,396.04 |
| **Taxes** | | **339.50** | **8,489.66** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 401k | 130.77 | 3,252.90 |
| Dental Ins | 2.91 | 72.75 |
| Fuel | -206.66 | -3,040.07 |
| Materials | | -310.21 |
| Medical Ins | 85.39 | 2,134.75 |
| Permitting/Licensing | | -100.00 |
| Principal Term Life Insurance | 1.17 | 29.25 |
| Tolls/Parking | -26.00 | -56.00 |
| Vision | 0.48 | 12.00 |
| **Deductions** | **-11.94** | **1,995.37** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| PHILA POLICE & FIRE FED CU | C | ***9651 | 1,100.40 |
| **Total Direct Deposits** | | | **1,100.40** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Vacation | 80.00 | 0.00 |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| 401k Match | 65.39 | 1,634.75 |
| ER Cost of | | 125.90 |
| ER Cost of | | 4,988.46 |
| ER Cost of | | 20.60 |

TSC Construction LLC | 129 Brown St  Johnson City, NY 13790 | (607) 217-7001 | FEIN: 20-4775110 | PA: 74-18163