**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Christopher James Willis,<br><br>                              Debtor. | Case No. 25-12577-PMM<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on November 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 6, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**Lakeview Loan Servicing, LLC**
c/o Nationstar Mortgage LLC
Attn: Bankruptcy
PO Box 619096
Dallas, TX 75261-9741

**Pennsylvania Housing Finance Agency**
211 North Front Street
Harrisburg, PA 17101

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803

Capital One
Attn: Bankruptcy
PO Box 30285

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**Discover Personal Loans**
Attn: Bankruptcy
PO Box 30954
Salt Lake City, UT 30954

**EdFinancial Services**
Attn: Claims
PO Box 36008
Knoxville, TN 37930-6008

**Genesis FS Card Services**
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**JP Morgan Chase Bank**
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**New Jersey Turnpike Authority**
Attn: Ramon de la Cruz
1 Turnpike Plaza
P.O Box 5042
Woodbridge, NJ 07095

**Pennsylvania Attorney General**
16th Floor, Strawberry Square Harrisburg,
PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
800 W Montgomery Ave 3F
Philadelphia, PA 19122

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Police & Fire FCU**
901 Arch Street
Philadelphia, PA 19107

**Resurgent Capital Services**
PO Box 10587
Greenville, SC 29603-0587

**U.S. Attorney, EDPA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Bank NA**
dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Water Revenue Bureau**
c/o Pamela Thurmond
Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617