United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                               Case No. 25-12577-pmm

Christopher James Willis                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2026 | Form ID: 155 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher James Willis, 2065 E Allegheny Ave, Philadelphia, PA 19134-3832 |
| 15023157 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15043810 | + | Pennsylvania Housing Finance Agency, Purcell Krug & Haller, c/o Leon P Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2392 |
| 15023161 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15023166 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15027019 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 18 2026 01:52:00 | ALDRIDGE PITE, LLP, c/o Shawn Miller, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15023141 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 18 2026 02:01:44 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15035485 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 01:50:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15023142 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 01:50:50 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15023143 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 18 2026 01:50:37 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 15023145 | | Email/Text: megan.harper@phila.gov | Mar 18 2026 01:52:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15069710 | | Email/Text: megan.harper@phila.gov | Mar 18 2026 01:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15023144 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 01:50:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15027294 | | Email/Text: mrdiscen@discover.com | Mar 18 2026 01:52:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15023146 | | Email/Text: bankruptcy@philapark.org | Mar 18 2026 01:52:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15023147 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 18 2026 01:52:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15023148 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2026 01:50:37 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15023149 | | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-2                                   User: admin                                              Page 2 of 3

Date Rcvd: Mar 17, 2026                               Form ID: 155                                        Total Noticed: 41

| | | | |
|---|---|---|---|
| | | Mar 18 2026 01:52:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15023150 | + Email/Text: dplbk@discover.com | | |
| | | Mar 18 2026 01:52:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15023151 | Email/Text: EBN@edfinancial.com | | |
| | | Mar 18 2026 01:52:00 | EdFinancial Services, Attn: Claims, PO Box 36008, Knoxville, TN 37930-6008 |
| 15023152 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Mar 18 2026 01:52:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15023153 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 18 2026 01:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15035853 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 18 2026 01:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15023154 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Mar 18 2026 01:50:22 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15045782 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 18 2026 01:52:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC Attn: Bankru, PO Box 619096, Dallas, TX 75261-9096 |
| 15023155 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 18 2026 01:52:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 15023156 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 18 2026 01:52:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 15046081 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Mar 18 2026 01:52:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15023158 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Mar 18 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15045677 | + Email/Text: blegal@phfa.org | | |
| | | Mar 18 2026 01:52:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15023159 | Email/Text: blegal@phfa.org | | |
| | | Mar 18 2026 01:52:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 15023160 | ^ MEBN | | |
| | | Mar 18 2026 01:45:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15034253 | ^ MEBN | | |
| | | Mar 18 2026 01:44:49 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15023162 | Email/Text: bankruptcy@philapark.org | | |
| | | Mar 18 2026 01:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15023163 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Mar 18 2026 01:52:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15023164 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Mar 18 2026 01:52:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 15028787 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Mar 18 2026 01:52:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15040324 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 18 2026 01:50:50 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15053904 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 18 2026 01:50:37 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0313-2                          User: admin                          Page 3 of 3
Date Rcvd: Mar 17, 2026                     Form ID: 155                         Total Noticed: 41

| Recip ID | | Name and Address |
|---|---|---|
| 15023165 | Email/Text: usapae.bankruptcynotices@usdoj.gov | 29603-0587 |
| | Mar 18 2026 01:52:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15028601 | Email/Text: USB_BNC_Emails@g2risksolutions.com | |
| | Mar 18 2026 01:52:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15035488 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15035490 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Christopher James Willis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
   Christopher James Willis              )            Case No. 25–12577–pmm
                              )
                              )
   Debtor(s).                            )            Chapter: 13
                              )
                              )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 17, 2026                          For The Court

                                                        Patricia M. Mayer
                                                        Judge, United States Bankruptcy Court